FILED
CLERK, U.S. DISTRICT COURT

JAN 1 2 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1
2
3
4
5

6 UNITED STATES DISTRICT COURT
7 CENTRAL DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,         )
9                                    )
10                    Plaintiff,     ) CASE NO. 12-74M
11          v.                       )
12                                   ) ORDER OF DETENTION
13  Anthony Fries                    ) [Fed. R. Crim. P. 32.1(a)(6);
                                     )  18 U.S.C. § 3143 (a)]
14                    Defendant.     )
15  _____

16                              I.

17       The defendant having been arrested in this District pursuant to a warrant
18  issued by the United States District Court for the ___C.D. CA___
19  for alleged violation(s) of the terms and conditions of his/her [probation]
20  [supervised release]; and
21       The Court having conducted a detention hearing pursuant to Federal Rule
22  of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
23       The Court finds that:
24  A.   (✓)   The defendant has not met his/her burden of establishing by clear and
25       convincing evidence that he/she is not likely to flee if released under
26       18 U.S.C. § 3142(b) or (c). This finding is based on _____
27       ___No bail_____
28       _____

1
2  _____
3  _____
4      and/or
5  B.  (✗)    The defendant has not met his/her burden of establishing by clear and
6      convincing evidence that he/she is not likely to pose a danger to the safety of
7      any other person or the community if released under 18 U.S.C. § 3142(b) or
8      (c). This finding is based on _____
9      _____Submits_____
10 _____
11 _____
12 _____
13
14     IT IS THEREFORE ORDERED that the defendant be detained pending
15     further revocation proceedings.
16
17
18 Dated: 1/12/12
19
20
21                                          /s/
22                                          MICHAEL R. WILNER
                                            UNITED STATES MAGISTRATE JUDGE
23
24
25
26
27
28